UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EYE ON DETROIT, L.L.C.,
a Michigan limited liability company,

                                                              Judge: John Corbett O'Meara

            Plaintiff,                  Case No. 5:05 CV 60277

v.

THE HOME DEPOT, INC.,
a Delaware corporation;
HOME DEPOT U.S.A., INC.,
a Delaware corporation;
jointly and severally,

            Defendants.
_____/

ISHBIA & GAGLEARD, P.C.                  BUTZEL LONG
By:    David N. Zacks (P34192)           By:    Dennis B. Schultz (P28166)
251 Merrill Street, 2nd Floor                  Philip J. Kessler (P15921)
Birmingham, MI 48009                         Kenneth H. Adamczyk (P40602)
(248) 647-8590                                100 Bloomfield Hills Parkway, Suite 200
Attorneys for Plaintiff                       Bloomfield Hills, MI 48304-2949
                                                     (248) 258-1616
                                                     Attorneys for Defendants
_____/

**ORDER GRANTING MOTION OF DEFENDANTS
FOR SUMMARY JUDGMENT ON COUNTS I-IV AND DENYING
<u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

        Defendants having filed their Motion for Partial Summary Judgment on Counts I-IV and supporting papers; Plaintiff having filed papers in opposition to the summary judgment motion; Plaintiff having filed its Motion for Partial Summary Judgment as to Liability Under Count I and supporting papers; Defendants having filed papers in opposition to this motion; a hearing on the foregoing motions having been held by this Court; and this Court being otherwise fully advised in the premises; it is hereby

1

2

ORDERED, that the motion of Defendants for summary judgment hereby is granted and Counts I, II, III and IV of Plaintiff's Complaint are dismissed from this case; and it is further

ORDERED, that Plaintiff's Motion for Partial Summary Judgment hereby is denied.

s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge

Dated: June 5, 2006

Approved as to form:

| ISHBIA & GAGLEARD, P.C. | BUTZEL LONG |
|---|---|
| By: _____<br>    David N. Zacks (P34192)<br>251 Merrill Street, 2nd Floor<br>Birmingham, MI 48009<br>(248) 647-8590<br>Attorneys for Plaintiff | By:   s/Kenneth H. Adamczyk<br>    Dennis B. Schultz (P28166)<br>    Philip J. Kessler (P15921)<br>    Kenneth H. Adamczyk (P40602)<br>100 Bloomfield Hills Parkway, Suite 200<br>Bloomfield Hills, MI 48304-2949<br>(248) 258-1616<br>Attorneys for Defendants |

693942

## CERTIFICATE OF SERVICE

   I hereby certify that on May 9, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **David N. Zacks, Esq.**

                 s/Kenneth H. Adamczyk
                  100 Bloomfield Hills Parkway, Suite 200
                  Bloomfield Hills, MI 48304-2949
                  (248) 258-4474
                  schultz@butzel.com
                  P40602

693942